```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION


DERRICK DEVON COLSON,

              Plaintiff,

vs.                                  Case No.  2:05-cv-39-FtM-33DNF

LEE COUNTY SHERIFF'S OFFICE, CHRIS
WEBB, MIKE SCOTT,

              Defendants.
_____
```

**ORDER**

This matter comes before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. # 9), filed on September 8, 2005, recommending that Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. # 2) be DENIED, and that this action be dismissed for failure to state a claim upon which relief may be granted.  The Plaintiff filed Objections to the Report and Recommendation (Doc. # 10) on September 20, 2005.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to those issues to which

specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).

For those issues that have not been specifically objected to, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law and those matters to which objections were filed, the Court accepts the factual findings and legal conclusions of the magistrate judge.  The Court therefore accepts the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**  United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #9) is **ACCEPTED** and **ADOPTED** and Plaintiff's Objections to the Report and Recommendation (Doc. # 10) are **OVERRULED.**  Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. # 2) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 7th

day of November, 2005.

                                               VIRGINIA M. HERNANDEZ COVINGTON
                                               UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record